Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of __RI__

_____ Division

|  |  |
|---|---|
| Norman J. Landry _____ | ) Case No. _____ |
| **Plaintiff(s)** | ) (to be filled in by the Clerk's Office) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| **-v-** | ) Jury Trial: *(check one)* ☑Yes ☐No |
|  | ) |
| R, Richardson #25 RISP _____ | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

2024 OCT 21 P 3: 01  FILED

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Norman J. Landry |
| Street Address | 54 privet st. |
| City and County | PAWT |
| State and Zip Code | RI    02860 |
| Telephone Number | 401-648-9495 |
| E-mail Address | Barryschiff7@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name     *Attatched Def, List*

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

DEFENDANT LIST

LT. R. Richardson #25 in his private and professional capacity as a RI state police officer and United States marshal 311 Danielson Pike N. Scituate, RI

Bonnie Lovell of the Ocean state Protective services in her private and professional capacity 4267 Neptune Rd, St. cloud, FL

Dana Lovell of the Ocean state protective services in his or her private and professional capacity 4267 Neptune Rd, St. cloud, FL

Phil Vicini of the RI public defender's office in his private and professional capacity 160 Pine St. Prov, RI

Jessica Villela of the RI attorney generals office in her private and professional capacity 150 S. main St Prov, RI

Casey Martine of the RI public defenders office in his or her private and professional capacity 160 Pine St. Prov, RI

Carol Zangari of Zangari law in her private and professional capacity 935 Jefferson Blvd. Warwick, RI

Tina Goncalves Chief of the Pawtucket police department in her private and professional capacity 121 Roosevelt Ave, PAWT, RI

Ana Cristina Cola AKA Cristina Cola Mckibbin in her private capacity 2940 Iroquios Ave. Jacksonville, FL

William Alexander Mckibbin the third in his private capacity 750 DAVoll St. Unit 1214 fall river, MA

Peter Albert of WE SHARE HOPE in his private and professional capacity 310 Bourne Ave. E.P. RI

Jason Crowder in his Private capacity 1306 Preakness PT. Tallahasee, FL

James K. Macdougall sr. in his private capacity 3 George St. warren, RI

Jason Knight of Jason Knight law in his private and professional capacity

1 Turks Head Place Suite 1440 Prov, RI

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____1983   civil/human rights_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Norman J. Landry , is a citizen of the State of *(name)* Rhode Island .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____

_____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Lt. R. Richardson #25 , is a citizen of the State of *(name)* Rhode Island . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*✱ See Attatched ✱*

Repeated, unabated civil/human Rights viol.

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

what has transpired to me is civil/human rights

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

_monetary award, Temp. Injunction_

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/21/24

Signature of Plaintiff

Printed Name of Plaintiff    Norman J Landry

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



I, Norman J. Landry, under penalty of perjury do solemnly swear to the truth within this document so help me god.

The following is a timeline this plaintiff intends to use in order to prove violations of his civil and human rights in order to fulfill an agenda to facilitate and maintain the illusion he is a violent threat to himself or others under the guise of "public safety".

This agenda was started by one Ana Cristina Cola AKA Cristina Cola Mckibbin in order to protect her image and reputation as well as settle a civil lawsuit brought against her by one James K. MacDougall SR. over a non-profit foundation named "WE SHARE HOPE". Since this agenda started it has grown in scope and magnitude with the effects on this plaintiffs' life evident and clear in his private and professional life.

This plaintiff will lay out a timeline for the court that spans five years, to present day. The seemingly "coincidental" events will reveal a pattern to the court that clearly demonstrates the conspiratorial nature of the allegation in its entirety. Public and private records generated by state, federal and private actors acting in unison in this conspiracy will prove these allegations beyond any and all doubt.

The abuses of power, law and authority, were gross, negligent and intentionally manipulated to portray this plaintiff in any jurisdiction as "violent". Such violations are tantamount to gross, blatant and unabated violations of his civil and human rights. The negative impacts imposed upon this plaintiff were indeed intended by the guilty parties to do just that, as this plaintiff will demonstrate.

Such violations have impacted the plaintiffs' mental health in a permanent and negative way.

②

August 10, 2019 Plaintiff is arrested by the Barrington police department and intentionally charged with Breaking and entering "domestic" (case number 62-2019-09043) to give a non-violent crime the appearance of violence. Plaintiffs' relationship fell short of every legal definition in the "domestic violence prevention act". Moreover, the victim was married to William Alexander Mckibbin at the time of plaintiffs' arrest as well as his indictment for breaking and entering "domestic" on 9/17/2019. (Indictment number p2-2019-5123adv. In doing so, a No contact order was issued in accord with title 12 of RI GENERAL LAWS.

August 10, 2019 No contact order is allegedly violated. (Case number 61-2019-08916) Bail is set at $200 dollars at the Barrington police station. Plaintiff is not allowed to post bail at the police station or the ACI despite having enough on his person to cover bail. Plaintiff was charged $50.00 to see the bail commissioner and sent to the ACI but denied the opportunity to post bail at both places.

August 13, 2019 Plaintiff hires attorney Jason Knight to be at arraignment. Jason Knight does not aid in forcing the authorities to allow plaintiff to post bail all weekend plaintiff is held at the ACI. Jason Knight shows up for arraignment, does not inform plaintiff he is not a bail violator and should be allowed bail. Jason Knight coerces plaintiff at arraignment to plea nolo for one year probation one year suspended sentence for a no contact order that was not even active at the time of plea. The public record online shows "Casey Martine" was retained, although the attorney on record on august 13 2019 was indeed Jason Knight.

September 17, 2019 Plaintiff is indicted for breaking and entering "domestic" by the RI attorney general's office. A warrant is issued for his arrest and the "violent fugitive task force" lead by LT. R Richardson #25 of the RI state police is deployed for what should have been charged as a non-violent misdemeanor and a man that was not a fugitive nor violent. Lt. R Richardson #25 of the RI state police then uses his dual jurisdiction as a United States marshal to run a covert gun investigation framed as a fugitive apprehension with the help of officer Lake of the West Warwick police department and countless unknown others using information provided to him by the "victim" and other conspirators.

October 14, 2019 Plaintiff is arrested by Officer Lake working covertly with the task force for carrying a pistol without a permit. (Case number 32-2019-09765) plaintiff is held without bail as a probation and bail violator at arraignment on



10/15/2019 and sentenced to 60 days to serve at the ACI for the violation. For reference plaintiff is including other charges of domestic violence by the Barrington police department he was also charged with on 10\16\2019.

SEE case numbers: 61-2019-11636 later becoming P3-2019-6091ADV

61-2019-11661 later becoming P3-2019-6092ADV

61-2019-11662 later becoming p2-2020-0767ADV


December 13, 2019 after completing his sentence of 60 days at the ACI plaintiff is not allowed discharge from custody due to an in state only warrant out of Massachusetts. 32-2019-11636 Jason Knight is hired by plaintiff and does not appear at arraignment. Plaintiff asks judge to wait for hired counsel and is denied. Defendant was told he was held without bail but judge would consider bail at a later date if defendant waived rights under extradition for a warrant no state or commonwealth wanted to proceed with extradition on. That fact was not known to defendant at time of arraignment. Jason Knight appears moments after plaintiff waives rights to see plaintiff in holding at Kent county courthouse. Jason knight offers apologies for this and assures plaintiff he will be able to secure bail at next court appearance. Mr. Knight could have, but opted not to inform plaintiff of the deficiency in the extradition as a whole.

January 15, 2020 plaintiff is charged with violating a "family court protective order" despite there not being a Family court protective order but an active no contact order. Plaintiff was alleged to have violated whatever it was by posting his innate knowledge of corruption at WE SHARE HOPE on Facebook about his "victim" in a public forum that should be free speech protected. The violent fugitive task force lead by LT. R Richardson is again deployed for non-violent misdemeanor criminal allegations based wholly on fact but legally deficient. Plaintiff eludes arrest. Sometime between this warrant issuing and the plaintiffs' apprehension, the plaintiffs' ex-wife's' home is descended upon by the violent fugitive task force lead by LT. R. Richardson. The task force knew the plaintiff was not living at the residence and their active surveillance prior to breaching would have demonstrated that to the task force at whole or in part as plaintiff never even frequented the residence. The task force simply wanted the plaintiffs' new



number in order to track his movements more efficiently. With no parents home only plaintiffs' four minor children home at the time of breach the task force forced its way into the home when plaintiffs' daughter April Landry (14 at time of incident) opened the door to see who was banging on it. The task force removed the plaintiffs' daughter's phone from her hands by force and threatened her with arrest if she did not unlock the device so LT R. Richardson could acquire the plaintiffs' new phone number from the device. The irony of this action for allegations of "domestic violence" upon a "victim" who was not ever family to the plaintiff is utterly reprehensible. It should be noted for the court that my family, especially seeing what has transpired since these events is afraid to make a statement to these facts. The Plaintiff recalls the morning very vividly of his daughter April Landry calling him in tears telling him what had happened to her and that she was sorry she did unlock her phone. This was morally wrong and completely illegal and given the circumstances totally unjustifiable in any and all regard for the task force and LT> R> Richardson. It has scarred plaintiffs' children (now adults) for life regarding Law enforcement and "JUSTICE" system.

March 17, 2020 Plaintiff is once again arrested at gunpoint by the task force at gunpoint at his place of employment on 96 Blackstone Street Central falls RI with thousands of dollars in property damage being inflicted upon the property after a failed breach attempt. Plaintiff is convinced at this junction the task force is legitimately looking to kill his person and frame it as justified or a mistake. Nonviolent misdemeanors don't often have men wearing tactical gear conducting arrests at gunpoint in this plaintiffs/ experience with law enforcement. The pattern that has taken place and persists to this very day against the plaintiff by the task force leaves him in fear for his own safety and plaintiff believes when all variables are considered this is a legitimate concern any man or woman should have concerning the events described in this filing.

March 18, 2020 plaintiff is charged with a crime for a facebook post. Held without bail and on April 1st. 2020 plead out to the violation with Phil Vicini of the public defender's office to one year probation one year suspended for protected public speech. It should be noted that the case number 61-2020-03167 says once again says "casey martine" as the attorney on record that day.

August of 2020 Ana Cola Mckibbin AKA Cristina Cola Mckibbin and her HUSBAND are still filling out statements at the Barrington police department trying to have plaintiff jailed again for free speech on Facebook. Reports will be provided to the court after subpoenas are served in this case. This plaintiff holds true to the fact that these actions by the "mckibbin's" clearly indicate that this was never about their safety and always about their reputation as well as Mrs. Mckibbin's indiscretions at the foundation called WE SHARE HOPE and accounts the plaintiff managed to acquire after plaintiff's resignation from WE SHARE HOPE. It is on or about the time the Barrington police department declined to charge the plaintiff this plaintiff believes the Ocean state protective services were hired to privately stalk and harass the plaintiff in his independent business ventures using contacts plaintiff acquired at WE SHARE HOPE.

December of 2020 Plaintiff becomes aware of the surveillance but at this time believes it to be law enforcement related considering the mild harassment he was enduring at the time. Plaintiff begins making counter maneuvers to thwart such efforts. Dispatch records with other reports will provide answers to the allegation just made after subpoena. All Police departments begin to act in unison to paint the plaintiff as mentally ill at this time in order to conceal a public and private collaboration in this venture. Plaintiff does not know for sure but highly suspects Lt. R. Richardson to be behind the private effort with Ocean state protective services as well under the guise of "safety" for the mckibbin's. When the illegal surveillance is exposed an effort was put forth in court to violate plaintiffs' bail and probation. It should be noted that probation as well as the RI attorney general's office acted in unison filing a 46g and a 32f to have plaintiff arrested and jailed once again.

December 24, 2020 Plaintiff flees to Texas.

September 28 2021 plaintiff is apprehended by the violent fugitive task force at gun point once again in Denton county Texas. Plaintiff is held without bail for 90 days in Denton county Texas. It should be noted plaintiff was not arraigned as a fugitive from justice in Denton county Texas for ten days. Plaintiff holds firm the suspicion Lt. R. Richardson was behind that effort. After 90 days detained Denton County is bound by extradition law to release the plaintiff. Under extradition law



at the time, plaintiff shall not be arrested for the same warrants out of RI without a warrant signed by the governor of Texas.

February 10, 2022 Plaintiff is again arrested at gunpoint by the violent fugitive task force in Collin County Texas. Plaintiff requests to be served with a warrant signed by the governor of Texas at the time of his arrest and the task force nor booking at Collin county jail could produce one.

February 14, 2022 plaintiff is arraigned at the Collin county detention facility where he is served a fraudulent governors warrant bearing the Texas state seal, one copied and pasted signature allegedly belonging to secretary of state John B. Scott and what appears to be a forged wet ink signature of one James P. Sullivan, signatory for governor Greg Abbott bearing the initials "JPS" see fifth court of appeals case number 05-22-00181 for reference. (Plaintiff intends to acquire all the county and appellate court records and transcripts at a later date) Plaintiff suspects this was done to deny plaintiff his freedom under law as well as conceal the criminal act against him by the task force and its illegal arrest and detention of the plaintiff.

July 2022 plaintiff returns to RI and is sentenced to 20 days of jail time for violating probation he believes he should never have been sentenced to in the first place as the alleged crime had no merit in law or fact while also being free speech protected.

November of 2022 Phil Vicini of the RI public defender's office and Jessica Villella of the RI attorney general's office conspire to remove plaintiff's competency from him in superior court to bring about felony convictions on all charged counts without the direction of the plaintiff. It needs to be noted that at this time all parties knew plaintiff resided at 54 Privet st. Pawtucket, RI. It should also be noted that the RI department of revenue had made a claim unknown and undisclosed to the plaintiff on 10,400 worth of income plaintiff received working on mass payroll in mass for patriot traffic LLC located in Braintree mass. The plaintiff highly suspects this was done to cover payroll deductions from plaintiff's income at WE SHARE HOPE by Mrs. Mckibbin but never paid to the DOR by WE SHARE HOPE via one of Mrs. Mckibbin's several indiscretions at WE SHARE HOPE. This was only revealed to the plaintiff after plaintiff was removed of almost 900



dollars via an offset after claiming a win of 1500 dollars at the RI lottery in March of 2024.

June 2023 The Pawtucket police department illegally commit plaintiff to a psychiatric facility.

April 2024 PPD again illegally commit plaintiff to same facility. Records acquired via subpoena will prove this to be a matter of law fare against plaintiff.

April 9, 2024 after a failed attempt to commit plaintiff the Pawtucket police arrest plaintiff for crank obscene phone calls.  61-2024-02995 now case number P3-2024-1329ain an attempt to jail defendant without bail.

April 24, 2024 plaintiff is arrested at the sixth district court by the Pawtucket police department for a fugitive from justice complaint. Knowingly violating extradition law again. It should be noted to this court that despite this event taking place the case does NOT appear in the RI judiciary Public portal therefore plaintiff cannot provide a case number at this time. Subpoenas to the right agencies will provide documentation of this event and the expungement of it will provide plaintiff with credibility in this current claim. Plaintiff was NOT advised of this expungement by the RI public defender's office.

April 30, 2024 plaintiff is on bail for the Pawtucket police fugitive complaint out of sixth district court when plaintiff is arrested again for the same in state only warrants out of Massachusetts at a traffic stop by the Warwick police department. 32-2024-02830 plaintiff was also issued traffic summons number 24203503337. The traffic summons were dismissed by the police department despite the plaintiff's default due to incarceration for cases yet to be written in this filing. Plaintiff highly suspects LT. R. Richardson had someone in the mass state police manipulating the NCIC database to keep having me arrested on the same warrant.

September 17, 2024 32-2024-06499 plaintiff is again arrested at gun point by the violent fugitive task force due to an allegation made by now Detective Lake that the Plaintiff threatened to "shoot him" after a motion to suppress hearing held on 9/9/2024 at the Kent county court house. Detective lake lied under oath to first conceal his involvement with the violent fugitive task force in October of 2019 and ultimately make his traffic stop and search appear legal. Detective lake issued

a traffic summons on that day that has been expunged from record as well. Subpoenas will prove this and his equipment in his cruiser will prove he lied under oath at the motion hearing. The plaintiff did follow detective Lake out of the courtroom that day and berate the officer while pointing out this fact and the officer replied with…"did you just threaten me" the plaintiff never threatened the officer and fully intended to have his attorney Robert Caron make the detective's credibility an issue going forward. Which Robert caron refused to do and instead allowed this plaintiff to be arrested at gunpoint by the task force and filed motions to withdraw as plaintiff's counsel knowing plaintiff would be jailed for an extended period of time after arrest. This plaintiff was put in segregated housing for what was not a real violation of ACI rules within 48 hrs of being held without bail on the new charge. Plaintiff was held in cell for 60 hours at a time for a week leading up to court on 9/27/2024. After taking a plea simply to acquire his freedom plaintiff had regrets just six days later.

10/2/2024 plaintiff is arrested by the East Providence police department for having counterfeit license plates on his vehicle. The EPPD knew the plates were not counterfeit as they had contacted me with the vehicle the license plates belonged to in their city. The prosecution knowingly lied in court at arraignment stating the plates were plastic. In order to not have a five year suspended sentence violated plaintiff had to plead guilty. The EPPD was aware of this and expected this outcome as stated by one LT Evans while plaintiff was being booked. It should be noted that Lt R> Richardson had arrested a fugitive out of mass that night and placed him in EPPD for holding until arraignment the following day. It always seems as if this man is nearby any and all contact plaintiff has with police since 2019.

Plaintiff highly suspects that without intervention from this court he will never be allowed to live a happy and productive life. Clearly via the p-plaintiffs own actions versus allegations this does not appear to be due to plaintiff being a violent man. Plaintiff highly suspects once all records are subpoenaed and looked at the picture will be clear that this was a malicious attempt to conceal gross and negligent abuses of power and authority by several state, federal and private actors in an attempt to justify and conceal their own indiscretions. Plaintiff will also file motions for temporary injunctions he prays the court will approve along

with his informa pauperis  motion. Plaintiff is very confident the truth will be the ultimate deciding factor in this filing if allowed to prosecute the case.

When all things are considered, this plaintiff has had permanent, detrimental impacts to his mental health and financial stability as a whole that has seemingly been acknowledged already by some or all of the guilty parties in an attempt to justify it or place blame upon the plaintiff to conceal it. Moreover, the vast network of people public and private that this allegation encompasses shines light upon the deficiencies of government if the right people conspire the right way. Considering the mental anguish the plaintiff has endured, the lost liberty, financial opportunities he earned via hard work and destroyed personal relationships the past five years, the plaintiff seeks damages in the sum of 30 million dollars US.

10/21/24

Rhode Island Traffic Tribunal

## Case Summary

### Case No. 24203503337

| | | | |
|---|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY, Jr.** | § | Location: | **Rhode Island Traffic Tribunal** |
| | § | Filed on: | **04/30/2024** |
| | § | Appear by: | **06/21/2024** |

---

### Case Information

---

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: | Violation |
|---|---|---|---|---|---|---|
| | | | | | Case Status: | **10/11/2024**  Closed |

Jurisdiction: **Warwick Police Department**

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|---|
| 1. | Operating M/V Without Evidence of Registration | 31-8-1 | TRM | 04/29/2024 | 04/30/2024 |

Offense Reports
Agency:   Warwick Police Department
99 Veterans Memorial Drive
Warwick, RI, 02886

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|---|
| 2. | No Insurance 1st Offense | 31-47-9 | TRM | 04/29/2024 | 04/30/2024 |

Offense Reports
Agency:   Warwick Police Department
99 Veterans Memorial Drive
Warwick, RI, 02886

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|---|
| 3. | Display of Registration Plates | 31-3-18 | TRNM | 04/29/2024 | 04/30/2024 |

Offense Reports
Agency:   Warwick Police Department
99 Veterans Memorial Drive
Warwick, RI, 02886

---

### Party Information

---

| | |
|---|---|
| **Defendant** | **LANDRY, NORMAN J Jr.** |
| | DOB: ~~illegible~~ |
| **Plaintiff** | **State of Rhode Island** |

---

### Dispositions

---

08/30/2024   **Plea** (Judicial Officer: DiChiro, Michael)
LANDRY, NORMAN J, Jr.
1. Operating M/V Without Evidence of Registration
    Not Guilty
LANDRY, NORMAN J, Jr.
2. No Insurance 1st Offense
    Not Guilty
LANDRY, NORMAN J, Jr.
3. Display of Registration Plates
    Not Guilty

10/11/2024   **Disposition** (Judicial Officer: Noonan, William T.)
1. Operating M/V Without Evidence of Registration
    Termination of Prosecution By Police Department
2. No Insurance 1st Offense
    Termination of Prosecution By Police Department

Printed on 10/19/2024 at 2:47 PM

Rhode Island Traffic Tribunal

## Case Summary

**Case No. 24203503337**

3. Display of Registration Plates
Termination of Prosecution By Police Department

---

## Case Events

---

| | |
|---|---|
| 04/30/2024 | Citation Filed |
| 04/30/2024 | E-Citation PDF |
| 06/14/2024 | Submitted to DMV - License Abstract Request |
| 06/15/2024 | DMV processed court's customer driving record request |
| 06/15/2024 | Abstract Received |
| 06/21/2024 | Judgment Card |
| 07/19/2024 | Submitted to DMV - License Abstract Request |
| 07/20/2024 | DMV processed court's customer driving record request |
| 07/20/2024 | Abstract Received |
| 07/26/2024 | Judgment Card |
| 08/23/2024 | Submitted to DMV - License Abstract Request |
| 08/24/2024 | DMV processed court's customer driving record request |
| 08/24/2024 | Abstract Received |
| 09/03/2024 | Judgment Card |
| 09/03/2024 | Fax Confirmation |
| 10/04/2024 | Submitted to DMV - License Abstract Request |
| 10/05/2024 | DMV processed court's customer driving record request |
| 10/05/2024 | Abstract Received |
| 10/11/2024 | Submitted to DMV - Disposition |
| 10/11/2024 | Submitted to DMV - Disposition |
| 10/11/2024 | Submitted to DMV - Disposition |
| 10/11/2024 | Case Closed |
| 10/11/2024 | Termination of Prosecution |
| 10/11/2024 | Judgment Card |

---

## Hearings

---

06/21/2024   **First Appearance**   (9:00 AM)
             *Continued*

07/26/2024   **Hearing**   (9:00 AM)
             *Continued*

08/30/2024   **Hearing**   (9:00 AM)
             *Continued*

10/11/2024   **Trial**   (9:00 AM)
             *Heard*

---

## Financial Information

---

Rhode Island Traffic Tribunal

## Case Summary

### Case No. 24203503337

| | | |
|---|---|---:|
| **Defendant** | LANDRY, NORMAN J Jr. | |
| Total Financial Assessment | | 0.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 10/19/2024** | | **0.00** |

| | | |
|---|---|---:|
| 04/30/2024 | Transaction Assessment | 89.25 |
| 10/11/2024 | Adjustment | (89.25) |

Printed on 10/19/2024 at 2:47 PM

**3rd Division District Court**

## Case Summary

### Case No. 32-2024-02830

| | | |
|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | §<br>§ | Location: **3rd Division District Court**<br>Filed on: **04/30/2024** |

---

## Case Information

---

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| Jurisdiction: **Warwick Police Department** | | | | | Case Type: Felony | |
| 1.  Fugitive From Justice<br>      Arrest | 12-9-16 | F | 09/19/2019 | 04/30/2024 | Case Status: **07/11/2024  Closed** | |

**Statistical Closures**

07/11/2024  Non-Trial Disposition

---

## Party Information

---

| | |
|---|---|
| **Plaintiff**    **State of Rhode Island** | |
| **Defendant**   **LANDRY, NORMAN J**<br>              DOB:  ~~08/22/1985~~<br>              SID:  9900116 | **Graham, Mitchell Everett**<br>*Public Defender* |
| **Agency**       **WARWICK POLICE DEPARTMENT** | |

---

## Dispositions

---

07/11/2024   **Disposition** (Judicial Officer: McCaffrey, Mary E.)
              1. Fugitive From Justice
                 Dismissal

---

## Case Events

---

| | |
|---|---|
| 04/30/2024 | Criminal Complaint Filed |
| 04/30/2024 | Notice of Court Date |
| 04/30/2024 | Rights Waiver Form |
| 04/30/2024 | Bail and Recognizance Conditions |
| 06/03/2024 | Entry of Appearance |
| 07/11/2024 | Criminal Case Information Update, JLINK to Police Department |

---

## Hearings

---

04/30/2024   **Arraignment**   (9:00 AM)   (Judicial Officer: Houlihan, J. Terence, Jr.)
                 *Hearing Concluded*

05/13/2024   **Fugitive Hearing**   (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.)
                 *Hearing Continued*

**3rd Division District Court**

## Case Summary

**Case No. 32-2024-02830**

07/11/2024    **Fugitive Hearing**   (9:00 AM)    (Judicial Officer: McCaffrey, Mary E.)
            *Hearing Concluded*

---

## Bond Settings

---

04/30/2024    **Bond Setting**
            Personal Recognizance $5,000.00 Any

### 3rd Division District Court

## Case Summary

### Case No. 32-2024-06499

| | | | |
|---|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § | Location: | **3rd Division District Court** |
| | § | Filed on: | **09/18/2024** |

---

### Case Information

---

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| Jurisdiction: **Wickford State Police** | | | | | Case Type: | Felony |
| 1. Threat to Public Official | 11-42-4 | F | 09/09/2024 | 09/18/2024 | Case Status: | **09/18/2024**  Open |
| Arrest Date: 09/09/2024 | | | | | | |
| 2. Obstruction of the Judicial System | 11-32-3 | F | 09/09/2024 | 09/18/2024 | | |

---

### Party Information

---

| | |
|---|---|
| **Plaintiff** | **State of Rhode Island** |
| **Defendant** | **LANDRY, NORMAN J** |
| | DOB: ~~09/12/1955~~ |
| | SID:  9900116 |
| **Agency** | **RHODE ISLAND STATE POLICE WICKFORD BARRACKS** |

---

### Case Events

---

| | |
|---|---|
| 09/18/2024 | Criminal Complaint Filed |
| 09/18/2024 | Notice of Court Date |
| 09/18/2024 | Referred to Felony Screening |
| 09/18/2024 | Referred to the Public Defender |
| 09/18/2024 | Mittimus Issued |
| 09/27/2024 | Bail and Recognizance Conditions |
| 10/03/2024 | Judge's Notes |
| 10/03/2024 | 46G Violation Filed |

---

### Hearings

---

| | |
|---|---|
| 09/18/2024 | **Arraignment**  (2:00 PM)  (Judicial Officer: O'Neill, J. Patrick)<br>*Hearing Concluded* |
| 10/03/2024 | **Presented as a Violator**  (9:00 AM)  (Judicial Officer: Isherwood, Stephen M.)<br>*Admits to Violation* |
| 01/06/2025 | **Screening**  (9:00 AM) |

---

### Bond Settings

---

**3rd Division District Court**

**Case Summary**

**Case No. 32-2024-06499**

09/18/2024    **Bond Setting**
Surety $5,000.00 (@10%  $500.00) Any

09/27/2024    **Bond Setting**
Personal Recognizance $5,000.00 Any

## 6th Division District Court

### Case Summary

#### Case No. 61-2024-08516

| | | | |
|---|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § | Location: | **6th Division District Court** |
| | § | Filed on: | **10/03/2024** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: | Misdemeanor |
|---|---|---|---|---|---|---|
| | | | | | Case Status: | **10/03/2024** Closed |

Jurisdiction: **East Providence Police Department**

1. Forgery and Counterfeiting of Registration Plates — Statute 11-17-1.2 — Degree M — Offense Date 10/02/2024 — Filed Date 10/03/2024

    Arrest

### Statistical Closures

10/03/2024  Non-Trial Disposition

---

### Party Information

**Plaintiff**    **State of Rhode Island**

**Defendant**    **LANDRY, NORMAN J**
        DOB: ~~xx/xx/xxxx~~
        SID:  9900116

**Agency**    **EAST PROVIDENCE POLICE**

---

### Dispositions

10/03/2024    **Disposition** (Judicial Officer: Isherwood, Stephen M.)
        1. Forgery and Counterfeiting of Registration Plates
        Plea of Nolo Contendere

10/03/2024    **Sentence** (Judicial Officer: Isherwood, Stephen M.)
        1. Forgery and Counterfeiting of Registration Plates
        Judgment
        Criminal Sentence
          Effective Date: 10/03/2024
          Term: 15 Days
          Suspended: 350 Days
          Probation: 350 Days
        Condition - Adult:
        1. Court Costs, 10/03/2024, Active 10/03/2024
        Fee Totals:

| | | |
|---|---|---|
| 01 Criminal Schedule 1 | 96.75 | |
| Fee Totals $ | 96.75 | |

---

### Case Events

10/03/2024    Criminal Complaint Filed

Printed on 10/19/2024 at 2:35 PM

6th Division District Court

## Case Summary

### Case No. 61-2024-08516

| | |
|---|---|
| 10/03/2024 | Nolo Plea Entered |
| 10/03/2024 | Warrant for Commitment |

---

### Hearings

10/03/2024   **Arraignment**  (9:00 AM)   (Judicial Officer: Isherwood, Stephen M.)
*Hearing Concluded*

---

### Financial Information

**Defendant**   LANDRY, NORMAN J

| | |
|---|---|
| Total Financial Assessment | 96.75 |
| Total Payments and Credits | 0.00 |
| **Balance Due as of 10/19/2024** | **96.75** |

10/03/2024   Transaction Assessment                96.75

Printed on 10/19/2024 at 2:35 PM

**6th Division District Court**

## Case Summary

### Case No. 61-2024-02995

| | | |
|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | §<br>§ | Location: **6th Division District Court**<br>Filed on: **04/10/2024** |

---

## Case Information

**Offense**

Jurisdiction: **Pawtucket Police Department**

| | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| 1. Crank or Obscene Telephone Calls | 11-35-17 | M | 04/09/2024 | 04/10/2024 | Case Type: Misdemeanor<br>Case Status: **04/24/2024** Closed |

Arrest
Date: 04/10/2024

### Related Cases

P3-2024-1329A (Related Case Number)

### Statistical Closures

04/24/2024  Non-Trial Disposition

### Bonds

**Property Bond**        #2024-000714-6D        $20,000.00
04/10/2024              Posted
Counts: 1

---

## Party Information

**Plaintiff**    **State of Rhode Island**

**Defendant**   **LANDRY, NORMAN J**            **ROBINSON, MICHAEL J.**
                DOB: ~~06/10/1980~~             *Court Appointed*
                SID: 9900116

**Agency**      **PAWTUCKET POLICE DEPARTMENT**
                SID: @11807610

---

## Dispositions

04/24/2024   **Disposition** (Judicial Officer: Capraro, Anthony)
               1. Crank or Obscene Telephone Calls
                  Rule 23 Transfer to Superior Court

---

## Case Events

04/10/2024   Criminal Complaint Filed
04/10/2024   Not Guilty Plea Entered
04/10/2024   Referred to the Public Defender
04/10/2024   Notice of Court Date
04/10/2024   Waiver of Jury Trial
04/10/2024   Affidavit Filed

6th Division District Court

## Case Summary

### Case No. 61-2024-02995

| | |
|---|---|
| 04/10/2024 | Mittimus Issued |
| 04/10/2024 | Referred to Pretrial Services |
| 04/10/2024 | Order for Competency Evaluation |
| 04/10/2024 | Bail and Recognizance Conditions |
| 04/10/2024 | Bond Posted |
| 04/10/2024 | Notice of Property Lien Filed |
| 04/10/2024 | Mittimus Issued |
| 04/17/2024 | Public Defender Conflict Letter Filed |
| 04/17/2024 | Court Appointed Attorney Accepted |
| 04/24/2024 | Rule 23 Transfer to Superior Court |
| 04/29/2024 | Miscellaneous Document Filed |

## Hearings

04/10/2024 **Arraignment**  (9:00 AM)   (Judicial Officer: Isherwood, Stephen M.)
*Hearing Concluded*

04/24/2024 **Pretrial Conference**  (9:00 AM)   (Judicial Officer: Capraro, Anthony)
04/24/2024 Reset by Court to 04/24/2024
04/24/2024 Reset by Court to 04/24/2024
*Hearing Concluded*

## Bond Settings

04/10/2024 **Bond Setting**
Surety $20,000.00 Any
Conditions:
- Surrender of Firearm(s)
- Referred to PTSU In Re: Competency Evaluation

Printed on 10/19/2024 at 2:30 PM

## 6th Division District Court

## Case Summary

### Case No. 61-2020-03167

| | | |
|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § <br> § | Location: **6th Division District Court** <br> Filed on: **03/18/2020** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: Misdemeanor <br> Case Status: **04/01/2020** Closed |
|---|---|---|---|---|---|
| Jurisdiction: **Barrington Police Department** | | | | | |
| 1. Domestic Violence - Family Court Violation Protective Order - 1st Offense | 15-15-3 | M | 01/15/2019 | 03/18/2020 | |
| Arrest | | | | | |

## Statistical Closures

04/01/2020   Non-Trial Disposition

## Warrants

Bench Warrant Issued - LANDRY, NORMAN J (Judicial Officer: Ippolito, Joseph P., Jr.)

    07/25/2022    02:32 PM    Bench Warrant Quashed
    01/15/2021    09:00 AM    Bench Warrant Issued
    Held Without Bail
    Bond Set:                $0.00

---

## Party Information

**Plaintiff**    **State of Rhode Island**

**Defendant**    **LANDRY, NORMAN J**                **CASEY, MARTINE**
                 DOB: ~~03/12/1986~~                *Retained*
                 SID: 9900116

**Agency**       **BARRINGTON POLICE DEPARTMENT**

---

## Dispositions

04/01/2020   **Disposition** (Judicial Officer: Caruolo, James J.)
             1. Domestic Violence - Family Court Violation Protective Order - 1st Offense
                Plea of Nolo Contendere

04/01/2020   **Sentence** (Judicial Officer: Caruolo, James J.)
             1. Domestic Violence - Family Court Violation Protective Order - 1st Offense
                Judgment
                Condition - Adult:
                1. Court Costs, 04/01/2020, Active 04/01/2020
                2. Domestic Abuse Counseling, 04/01/2020, Active 04/01/2020
                3. Domestic No Contact Order, 04/01/2020, Active 04/01/2020
                4. Surrender of Firearm(s), 04/01/2020, Active 04/01/2020
                Fee Totals:

| | | |
|---|---|---|
| 01 Criminal Domestic Violence LVL1 | 221.75 | |
| Fee Totals $ | | 221.75 |
| Criminal Sentence | | |

6th Division District Court

## Case Summary

**Case No. 61-2020-03167**

Effective Date: 04/01/2020
Probation: 1 Year

07/25/2022 **Amended Sentence** (Judicial Officer: Ippolito, Joseph P., Jr.)
    1. Domestic Violence - Family Court Violation Protective Order - 1st Offense
    Judgment
    Criminal Sentence
      Effective Date: 04/01/2020
      Term: 20 Days

---

### Case Events

| | |
|---|---|
| 03/18/2020 | Order Accepted into BCI |
| 03/18/2020 | Criminal Complaint Filed |
| 03/18/2020 | Not Guilty Plea Entered |
| 03/18/2020 | Referred to the Public Defender |
| 03/18/2020 | No Contact Order |
| 03/18/2020 | Mittimus Issued |
| 03/25/2020 | Remand Issued |
| 04/01/2020 | Entry of Appearance |
| 04/01/2020 | Nolo Plea Entered |
| 04/01/2020 | Affidavit Surrender of Firearms |
| 04/01/2020 | Order to Surrender Firearms |
| 04/01/2020 | No Contact Order |
| 12/30/2020 | 32F Violation Filed |
| 01/15/2021 | Bench Warrant Issued |
| 04/01/2021 | Protection Order Removed/Terminated |
| 07/25/2022 | Bench Warrant Cancelled |
| 07/25/2022 | Warrant for Commitment |
| 03/13/2024 | Notice of Appeal Filed |

---

### Hearings

03/18/2020 **Arraignment** (9:00 AM) (Judicial Officer: Houlihan, J. Terence, Jr.)
    *Hearing Concluded*

03/25/2020 **Status Conference** (9:00 AM) (Judicial Officer: Jabour, Christine S.)
    *Hearing Continued*

03/25/2020 **Status Conference** (9:00 AM) (Judicial Officer: Jabour, Christine S.)
    03/27/2020 Reset by Court to 03/25/2020
    *Hearing Concluded*

04/01/2020 **Trial** (9:00 AM) (Judicial Officer: Caruolo, James J.)
    *Hearing Concluded*

08/19/2020 *CANCELED* **Ability to Pay** (8:30 AM)
    *Defendant on a Payment Plan*

01/15/2021 **Technical Violation** (9:00 AM) (Judicial Officer: Ippolito, Joseph P., Jr.)
    01/15/2021 Reset by Court to 01/15/2021
    *Defendant Does not Appear*

Printed on 10/19/2024 at 1:05 PM

6th Division District Court

## Case Summary

**Case No. 61-2020-03167**

07/25/2022  **Walk in Warrant**  (9:00 AM)   (Judicial Officer: Ippolito, Joseph P., Jr.)
*Declared to be a Violator*

03/27/2024  **Hearing on Motion to Vacate Judgment**  (9:00 AM)   (Judicial Officer: Capraro, Anthony)
*Hearing Passed*

---

## Bond Settings

---

03/18/2020  **Bond Setting**
Surety $10,000.00 (@10%  $1,000.00) Any
Conditions:
- Domestic No Contact Order

01/15/2021  **Bond Setting**
1. Domestic Violence - Family Court Violation Protective Order - 1st Offense
Held Without Bail

---

## Financial Information

---

**Defendant**    LANDRY, NORMAN J

| | |
|---|---:|
| Total Financial Assessment | 221.75 |
| Total Payments and Credits | 221.75 |
| **Balance Due as of 10/19/2024** | **0.00** |

| | | |
|---|---|---:|
| 04/01/2020 | Transaction Assessment | 221.75 |
| 10/28/2020 | Counter Payment | Receipt # DC6D-2020-014663   (30.00) |
| 08/09/2023 | Adjustment | (191.75) |

### 3rd Division District Court

## Case Summary

### Case No. 32-2019-11696

| | | |
|---|---|---|
| State of Rhode Island v. NORMAN LANDRY | §<br>§ | Location: **3rd Division District Court**<br>Filed on: **12/17/2019** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Felony |
| Jurisdiction: **Scituate State Police** | | | | | Case Status: | **03/19/2020  Closed** |
| 1.  Fugitive From Justice | 12-9-16 | F | 10/21/2016 | 12/17/2019 | | |

## Related Cases

## Statistical Closures

03/19/2020   Non-Trial Disposition

## Warrants

Bench Warrant Issued - LANDRY, NORMAN J (Judicial Officer: McCaffrey, Mary E.)
   03/19/2020    10:08 AM    Bench Warrant Quashed
   01/09/2020    09:00 AM    Bench Warrant Issued
Held Without Bail
Bond Set:                       $0.00

## Bonds

**Property Bond**                               $1,000.00
   12/20/2019            Posted
   05/09/2022            Property Bond Released
Counts: 1

**Property Bond**                               $1,000.00
   12/20/2019            Posted
   05/09/2022            Property Bond Released
Counts: 1

---

## Party Information

| | | |
|---|---|---|
| Plaintiff | **State of Rhode Island** | |
| Defendant | **LANDRY, NORMAN J**<br>DOB: ~~redacted~~<br>SID:  9900116 | **KNIGHT, JASON**<br>*Retained* |
| Agency | **RHODE ISLAND STATE POLICE SCITUATE BARRACKS** | |

---

## Dispositions

03/19/2020    **Disposition** (Judicial Officer: Ippolito, Joseph P., Jr.)
                   1. Fugitive From Justice
                       Dismissal

---

## Case Events

Printed on 10/19/2024 at 12:56 PM

**3rd Division District Court**

## Case Summary

**Case No. 32-2019-11696**

| | |
|---|---|
| 12/17/2019 | Criminal Complaint Filed |
| 12/17/2019 | Entry of Appearance |
| 12/17/2019 | No Plea Entered |
| 12/17/2019 | Notice of Court Date |
| 12/17/2019 | Waiver of Extradition |
| 12/17/2019 | Remand Issued |
| 12/17/2019 | Writ of Habeas Corpus Issued |
| 12/20/2019 | Affidavit of Bail Filed |
| 12/20/2019 | Notice of Court Date |
| 12/20/2019 | Bail and Recognizance Conditions |
| 12/20/2019 | Bond Posted |
| 12/20/2019 | Notice of Property Lien Filed |
| 12/20/2019 | Bond Posted |
| 12/20/2019 | Notice of Property Lien Filed |
| 01/09/2020 | Bench Warrant Issued |
| 03/19/2020 | Bench Warrant Cancelled |
| 03/19/2020 | 48A Dismissal Filed |
| 03/19/2020 | Remand Issued |
| 05/09/2022 | Release of Property Lien |
| 05/09/2022 | Release of Property Lien |
| 05/09/2022 | Release of Property Lien |

---

## Hearings

---

| | | |
|---|---|---|
| 12/17/2019 | **Arraignment**  (9:00 AM)   (Judicial Officer: Bucci, Elaine T.) | |
| | *Hearing Concluded* | |
| 12/20/2019 | **Status Conference**  (9:00 AM)   (Judicial Officer: Bucci, Elaine T.) | |
| | *Hearing Concluded* | |
| 01/09/2020 | **Status Conference**  (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.) | |
| | *Defendant Does not Appear* | |
| 03/19/2020 | **Arrested on Warrant**  (9:00 AM)   (Judicial Officer: Ippolito, Joseph P., Jr.) | |
| | *Hearing Concluded* | |

---

## Bond Settings

---

| | |
|---|---|
| 12/17/2019 | **Bond Setting** |
| | Held Without Bail |
| 12/20/2019 | **Bond Setting** |
| | Double Surety $1,000.00 (@10%  $100.00) Any |
| 01/09/2020 | **Bond Setting** |
| | 1. Fugitive From Justice |
| | Held Without Bail |

Printed on 10/19/2024 at 12:56 PM

### 6th Division District Court

## Case Summary

### Case No. 62-2019-11662

| | | |
|---|---|---|
| State of Rhode Island v. NORMAN LANDRY | §<br>§ | Location: **6th Division District Court**<br>Filed on: **10/16/2019** |

---

### Case Information

---

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: Felony<br>Case Status: **12/02/2019** Closed |
|---|---|---|---|---|---|
| Jurisdiction: **Barrington Police Department** | | | | | |
| 1. Intimidation of Witnesses and Victims of Crimes - Injury or Damage | 11-32-5(b) | F | 09/29/2019 | 10/16/2019 | |
| Arrest Date: 09/29/2019 | | | | | |
| 2. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense | 12-29-4 | M | 09/29/2019 | 10/16/2019 | |
| Arrest Date: 09/29/2019 | | | | | |
| 3. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense | 12-29-4 | M | 09/29/2019 | 10/16/2019 | |
| Arrest Date: 10/16/2019 | | | | | |
| 4. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense | 12-29-4 | M | 09/29/2019 | 10/16/2019 | |
| Arrest Date: 09/29/2019 | | | | | |

### Related Cases
P2-2020-0767ADV (Related Case Number)

### Statistical Closures
12/02/2019   Non-Trial Disposition

### Warrants
Bench Warrant Issued - LANDRY, NORMAN J (Judicial Officer: Capraro, Anthony)

| | | |
|---|---|---|
| 03/19/2020 | 11:04 AM | Bench Warrant Quashed |
| 01/16/2020 | 09:00 AM | Bench Warrant Issued |

Held Without Bail
Bond Set:              $0.00

### Bonds
**Property Bond**          #2019-002159-6D       $25,000.00
12/13/2019              Posted
07/12/2022              Property Bond Released
Counts: 1, 2, 3, 4

---

### Party Information

---

| | |
|---|---|
| **Plaintiff** | **State of Rhode Island** |
| **Defendant** | **LANDRY, NORMAN J**<br>DOB: ~~09/12/1980~~<br>SID:  9900116 |

Printed on 10/19/2024 at 12:41 PM

6th Division District Court

## Case Summary

### Case No. 62-2019-11662

Agency    **BARRINGTON POLICE DEPARTMENT**

---

## Dispositions

---

12/02/2019    **Disposition**
This disposition added by the AGCaseFiling interface
1. Intimidation of Witnesses and Victims of Crimes - Injury or Damage
   Charge Information Signed

12/02/2019    **Disposition**
This disposition added by the AGCaseFiling interface
2. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
   Charge Information Signed

12/02/2019    **Disposition**
This disposition added by the AGCaseFiling interface
3. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
   Charge Information Signed

12/02/2019    **Disposition**
This disposition added by the AGCaseFiling interface
4. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
   Charge Information Signed

---

## Case Events

---

| Date | Event |
|---|---|
| 10/16/2019 | Order Accepted into BCI |
| 10/16/2019 | Order Accepted into BCI |
| 10/16/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/16/2019 | Criminal Complaint Filed |
| 10/16/2019 | No Plea Entered |
| 10/16/2019 | No Contact Order |
| 10/16/2019 | Referred to the Public Defender |
| 10/16/2019 | Remand Issued |
| 10/16/2019 | Referred to Pretrial Services |
| 10/17/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/29/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/29/2019 | Motion Denied |
| 12/13/2019 | Bond Posted |
| 12/18/2019 | Criminal Case Information Update, JLINK to Police Department |
| 12/18/2019 | Notice of Property Lien Filed |
| 01/13/2020 | Criminal Case Information Update, JLINK to Police Department |
| 01/13/2020 | 46G Violation Filed |
| 01/16/2020 | Criminal Case Information Update, JLINK to Police Department |
| 01/16/2020 | Bench Warrant Issued |
| 01/17/2020 | Criminal Case Information Update, JLINK to Police Department |
| 01/23/2020 | Criminal Case Information Update, JLINK to Police Department |
| 02/26/2020 | Case Moved to Superior Court |
| 02/26/2020 | Criminal Case Information Update, JLINK to Police Department |

Printed on 10/19/2024 at 12:41 PM

6th Division District Court

## Case Summary

**Case No. 62-2019-11662**

| | |
|---|---|
| 03/19/2020 | Criminal Case Information Update, JLINK to Police Department |
| 03/19/2020 | Bench Warrant Cancelled |
| 03/19/2020 | Mittimus Issued |
| 03/19/2020 | Writ of Habeas Corpus Issued |
| 03/25/2020 | Criminal Case Information Update, JLINK to Police Department |
| 04/01/2020 | Criminal Case Information Update, JLINK to Police Department |
| 09/08/2020 | Protection Order Removed/Terminated |
| 07/12/2022 | Release of Property Lien |

---

### Hearings

---

10/16/2019 **Arraignment** (9:00 AM) (Judicial Officer: Lafazia, Jeanne E.)
*Hearing Concluded*

10/29/2019 **Control Date** (9:00 AM) (Judicial Officer: McCaffrey, Mary E.)
*Hearing Concluded*

01/16/2020 **Presented as a Bail Violator by Pretrial Services Unit** (9:00 AM) (Judicial Officer: Capraro, Anthony)
*Defendant Does not Appear*

01/22/2020 **Pre-Arraignment Conference** (9:00 AM)
*Hearing Continued*

03/18/2020 **Walk in Warrant** (9:00 AM) (Judicial Officer: Houlihan, J. Terence, Jr.)
*Hearing Concluded*

03/19/2020 **Arrested on Warrant** (9:00 AM) (Judicial Officer: Ippolito, Joseph P., Jr.)
*Hearing Concluded*

03/25/2020 **Presented as a Bail Violator by Pretrial Services Unit** (9:00 AM) (Judicial Officer: Jabour, Christine S.)
*Hearing Continued*

04/01/2020 **Presented as a Bail Violator by Pretrial Services Unit** (9:00 AM) (Judicial Officer: Caruolo, James J.)
*Hearing Concluded*

04/15/2020 *CANCELED* **Pre-Arraignment Conference 2** (9:00 AM)
*Disposed Prior to Hearing*

---

### Bond Settings

---

01/16/2020 **Bond Setting**
1. Intimidation of Witnesses and Victims of Crimes - Injury or Damage
2. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
3. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
4. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
Other Cases: 62-2019-11662
Held Without Bail

03/19/2020 **Amended Bond Setting**
Held Without Bail

04/01/2020 **Bond Setting**
Surety $25,000.00 (@10% $2,500.00) Any
Conditions:
- Domestic No Contact Order
- Pretrial Services to Monitor
- Bond Previously Posted

Printed on 10/19/2024 at 12:41 PM

**6th Division District Court**

## Case Summary

**Case No. 61-2019-11661**

| | | |
|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § <br> § | Location: **6th Division District Court** <br> Filed on: **10/16/2019** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: Misdemeanor <br> Case Status: **11/22/2019 Closed** |
|---|---|---|---|---|---|
| Jurisdiction: **Barrington Police Department** | | | | | |
| 1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense | 12-29-4 | M | 08/23/2019 | 10/16/2019 | |
| Arrest | | | | | |

### Related Cases
P3-2019-6092ADV (Related Case Number)

### Statistical Closures
11/22/2019  Non-Trial Disposition

### Bonds
**Property Bond**
| | | |
|---|---|---|
| 12/17/2022 | #2019-002172-6D | $5,000.00 |
| 12/13/2019 | Property Bond Released | |
| 08/23/2022 | Posted | |
| Counts: 1 | Property Bond Released | |

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **LANDRY, NORMAN J** <br> DOB: ~~08/22/1980~~ <br> SID:  9900116 | **CHIULLI, KIMBERLY MARCEAU** <br> *Retained* |
| **Agency** | **BARRINGTON POLICE DEPARTMENT** | |

---

## Dispositions

11/22/2019    **Disposition** (Judicial Officer: Smith, Christopher K.)
      1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
         Rule 23 Transfer to Superior Court

---

## Case Events

| | |
|---|---|
| 10/16/2019 | Order Accepted into BCI |
| 10/16/2019 | Order Accepted into BCI |
| 10/16/2019 | Criminal Complaint Filed |
| 10/16/2019 | Not Guilty Plea Entered |

Printed on 10/19/2024 at 12:40 PM

6th Division District Court

## Case Summary

### Case No. 61-2019-11661

| | |
|---|---|
| 10/16/2019 | No Contact Order |
| 10/16/2019 | Referred to the Public Defender |
| 10/16/2019 | Remand Issued |
| 10/16/2019 | Referred to Pretrial Services |
| 10/29/2019 | Entry of Appearance |
| 10/29/2019 | Referred to Pretrial Services |
| 11/08/2019 | Remand Issued |
| 11/08/2019 | Writ of Habeas Corpus Issued |
| 11/22/2019 | Rule 23 Transfer to Superior Court |
| 11/22/2019 | Remand Issued |
| 12/13/2019 | Bond Posted |
| 12/19/2019 | Notice of Property Lien Filed |
| 12/17/2022 | Release of Property Lien |

---

## Hearings

---

10/16/2019  **Arraignment**  (9:00 AM)   (Judicial Officer: Lafazia, Jeanne E.)
*Hearing Concluded*

10/29/2019  **Trial**  (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.)
*Admits to Violation*

11/08/2019  **Pretrial Conference**  (9:00 AM)   (Judicial Officer: Ippolito, Joseph P., Jr.)
*Hearing Continued*

11/22/2019  **Pretrial Conference**  (9:00 AM)   (Judicial Officer: Isherwood, Stephen M.)
*Hearing Concluded*

---

## Bond Settings

---

11/22/2019  **Amended Bond Setting**
Surety $5,000.00 (@10%  $500.00) Any
Conditions:
- Domestic No Contact Order

Printed on 10/19/2024 at 12:40 PM

6th Division District Court

## Case Summary

### Case No. 61-2019-11636

| | | |
|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § § | Location: **6th Division District Court**<br>Filed on: **10/16/2019** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: | Misdemeanor |
|---|---|---|---|---|---|---|
| | | | | | Case Status: | **11/22/2019** Closed |

Jurisdiction: **Barrington Police Department**

| | Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|---|
| 1. | Domestic Violence - Criminal Violation of No Contact Order - 1st Offense | 12-29-4 | M | 09/10/2019 | 10/16/2019 |
| | Arrest | | | | |
| 2. | Domestic Violence - Cyberstalking and Cyberharassment - 1st Offense | 11-52-4.2(a) and 12-29-2(a)(15) | M | 09/10/2019 | 10/16/2019 |
| | Arrest | | | | |
| 3. | Intimidation of Witnesses and Victims of Crimes | 11-32-5(a) | M | 09/10/2019 | 10/16/2019 |
| | Arrest | | | | |

### Related Cases
P3-2019-6091ADV (Related Case Number)

### Statistical Closures
11/22/2019  Non-Trial Disposition

### Bonds
**Property Bond**
12/17/2022
12/13/2019
08/23/2022
Counts: 1, 2, 3

#2019-002170-6D
Property Bond Released
Posted
Property Bond Released

$15,000.00

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **LANDRY, NORMAN J**<br>DOB:~~~~~~~~<br>SID:  9900116 | **CHIULLI, KIMBERLY MARCEAU**<br>*Retained* |
| **Agency** | **BARRINGTON POLICE DEPARTMENT** | |

---

### Dispositions

11/22/2019  **Disposition** (Judicial Officer: Isherwood, Stephen M.)
    1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
       Rule 23 Transfer to Superior Court
    2. Domestic Violence - Cyberstalking and Cyberharassment - 1st Offense
       Rule 23 Transfer to Superior Court

Printed on 10/19/2024 at 12:39 PM

6th Division District Court

## Case Summary

**Case No. 61-2019-11636**

3. Intimidation of Witnesses and Victims of Crimes
   Rule 23 Transfer to Superior Court

---

### Case Events

| | |
|---|---|
| 10/16/2019 | Order Accepted into BCI |
| 10/16/2019 | Order Accepted into BCI |
| 10/16/2019 | Criminal Complaint Filed |
| 10/16/2019 | Not Guilty Plea Entered |
| 10/16/2019 | No Contact Order |
| 10/16/2019 | Referred to the Public Defender |
| 10/16/2019 | Remand Issued |
| 10/16/2019 | Referred to Pretrial Services |
| 10/29/2019 | Entry of Appearance |
| 10/29/2019 | Notice of Court Date |
| 10/29/2019 | Remand Issued |
| 10/29/2019 | Writ of Habeas Corpus Issued |
| 10/29/2019 | Referred to Pretrial Services |
| 11/08/2019 | Miscellaneous Document Filed |
| 11/22/2019 | Rule 23 Transfer to Superior Court |
| 11/22/2019 | Remand Issued |
| 11/22/2019 | Remand Issued |
| 12/13/2019 | Bond Posted |
| 12/18/2019 | Notice of Property Lien Filed |
| 12/17/2022 | Release of Property Lien |

---

### Hearings

10/16/2019 **Arraignment**  (9:00 AM)   (Judicial Officer: Lafazia, Jeanne E.)
*Hearing Concluded*

10/29/2019 **Trial**  (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.)
*Hearing Concluded*

11/08/2019 **Pretrial Conference**  (9:00 AM)   (Judicial Officer: Ippolito, Joseph P., Jr.)
*Hearing Continued*

11/22/2019 **Pretrial Conference**  (9:00 AM)   (Judicial Officer: Isherwood, Stephen M.)
*Hearing Concluded*

---

### Bond Settings

11/22/2019 **Amended Bond Setting**
Surety $15,000.00 (@10%  $1,500.00) Any
Conditions:
- Domestic No Contact Order

Printed on 10/19/2024 at 12:39 PM

**3rd Division District Court**

## Case Summary

### Case No. 32-2019-09765

| | | |
|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § § | Location: **3rd Division District Court** <br> Filed on: **10/15/2019** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: Felony <br> Case Status: **03/11/2020  Closed** |
|---|---|---|---|---|---|
| Jurisdiction: **West Warwick Police Department** | | | | | |
| 1.  Carry Pistol or Revolver Without License or Permit | 11-47-8(a) | F | 10/14/2019 | 10/15/2019 | |
|    Arrest | | | | | |
| 2.  Obstructing Officer in Execution of Duty | 11-32-1 | M | 10/14/2019 | 10/15/2019 | |
| 3.  Vandalism | 11-44-1(a) | M | 10/14/2019 | 10/15/2019 | |

### Related Cases
K2-2020-0208A (Related Case Number)

### Statistical Closures
03/11/2020   Non-Trial Disposition

### Bonds
**Property Bond**
12/13/2019          Posted                                 $5,000.00
05/02/2022          Property Bond Released
Counts: 1, 2, 3

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **LANDRY, NORMAN J** <br> DOB: ~~████████~~ <br> SID:  9900116 | **SLACK, SAMANTHA** <br> *Retained* |
| **Agency** | **WEST WARWICK POLICE DEPARTMENT** | |

---

### Dispositions

03/11/2020   **Disposition**
This disposition added by the AGCaseFiling interface
   1. Carry Pistol or Revolver Without License or Permit
     Charge Information Signed

03/11/2020   **Disposition**
This disposition added by the AGCaseFiling interface
   2. Obstructing Officer in Execution of Duty
     Charge Information Signed

03/11/2020   **Disposition**
This disposition added by the AGCaseFiling interface
   3. Vandalism

Printed on 10/19/2024 at 12:30 PM

3rd Division District Court

## Case Summary

### Case No. 32-2019-09765

Charge Information Signed

---

## Case Events

---

| | |
|---|---|
| 10/15/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/15/2019 | Criminal Complaint Filed |
| 10/15/2019 | No Plea Entered |
| 10/15/2019 | Notice of Court Date |
| 10/15/2019 | Referred to the Public Defender |
| 10/15/2019 | Mittimus Issued |
| 10/15/2019 | Writ of Habeas Corpus Issued |
| 10/22/2019 | Entry of Appearance |
| 10/29/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/29/2019 | Motion Denied |
| 10/29/2019 | Pretrial Service Unit Progress Report |
| 12/13/2019 | Recognizance and Affidavit of Bail from ACI |
| 12/13/2019 | Bond Posted |
| 12/17/2019 | Criminal Case Information Update, JLINK to Police Department |
| 12/17/2019 | Notice of Property Lien Filed |
| 04/27/2020 | Case Moved to Superior Court |
| 04/27/2020 | Criminal Case Information Update, JLINK to Police Department |
| 05/02/2022 | Release of Property Lien |
| 04/25/2023 | Criminal Case Information Update, JLINK to Police Department |

---

## Hearings

---

| | | |
|---|---|---|
| 10/15/2019 | **Arraignment**  (9:00 AM)   (Judicial Officer: Bucci, Elaine T.) | |
| | *Hearing Concluded* | |
| 10/29/2019 | **Status Conference**  (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.) | |
| | *Hearing Concluded* | |
| 01/06/2020 | **Screening**  (9:00 AM) | |
| | *Hearing Concluded* | |

---

## Bond Settings

---

10/15/2019   **Bond Setting**
Surety $5,000.00 (@10%  $500.00) Any

Printed on 10/19/2024 at 12:30 PM

6th Division District Court

## Case Summary

### Case No. 61-2019-08916

| | | | |
|---|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § | Location: | **6th Division District Court** |
| | § | Filed on: | **08/13/2019** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| | | | | | Case Type: Misdemeanor |
| | | | | | Case Status: **08/13/2019** Closed |

Jurisdiction: **Barrington Police Department**
1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense    12-29-4    M    08/10/2019    08/13/2019

    Arrest

### Statistical Closures

08/13/2019  Non-Trial Disposition

### Warrants

Bench Warrant Issued - LANDRY, NORMAN J (Judicial Officer: Caruolo, James J.)
    03/18/2020    11:20 AM    Bench Warrant Quashed
    02/13/2020    09:00 AM    Bench Warrant Issued
Held Without Bail
Bond Set:        $0.00

---

## Party Information

**Plaintiff**    **State of Rhode Island**

**Defendant**    **LANDRY, NORMAN J**            **CHIULLI, KIMBERLY MARCEAU**
              DOB: ~~[redacted]~~          *Retained*
              SID:   9900116
                                          **CASEY, MARTINE**
                                          *Retained*

**Agency**     **BARRINGTON POLICE DEPARTMENT**

---

## Dispositions

08/13/2019    **Disposition** (Judicial Officer: Isherwood, Stephen M.)
        1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
          Plea of Nolo Contendere

08/13/2019    **Sentence** (Judicial Officer: Isherwood, Stephen M.)
        1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
          Judgment
          Criminal Sentence
            Effective Date: 08/14/2019
            Suspended: 1 Year
            Probation: 1 Year
          Condition - Adult:
          1. Court Costs, 08/13/2019, Active 08/13/2019
          2. Domestic Abuse Counseling, 08/13/2019, Active 08/13/2019
          3. Domestic No Contact Order, 08/13/2019, Active 08/13/2019
          Fee Totals:

6th Division District Court

## Case Summary

### Case No. 61-2019-08916

|  | 01 Criminal Domestic Violence LVL1 | 221.75 |
| --- | --- | --- |
|  | Fee Totals $ | 221.75 |

**10/29/2019    Amended Sentence** (Judicial Officer: McCaffrey, Mary E.)
    1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
      Judgment
      Fee Totals:

|  | 01 Criminal Domestic Violence LVL1 | 221.75 |
| --- | --- | --- |
|  | Fee Totals $ | 221.75 |

      Criminal Sentence
        Effective Date: 10/29/2019
        Term: 60 Days
          Retroactive Date: 10/14/2019

---

### Case Events

| Date | Event |
| --- | --- |
| 08/13/2019 | Order Accepted into BCI |
| 08/13/2019 | Criminal Case Information Update, JLINK to Police Department |
| 08/13/2019 | Criminal Complaint Filed |
| 08/13/2019 | Nolo Plea Entered |
| 08/14/2019 | Criminal Case Information Update, JLINK to Police Department |
| 08/14/2019 | No Contact Order |
| 08/14/2019 | Affidavit Surrender of Firearms |
| 10/15/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/15/2019 | 32F Violation Filed |
| 10/15/2019 | Mittimus Issued |
| 10/16/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/16/2019 | 32F Violation Filed |
| 10/16/2019 | Remand Issued |
| 10/29/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/29/2019 | Entry of Appearance |
| 10/29/2019 | Warrant for Commitment |
| 01/28/2020 | Technical Violation Filed |
| 01/29/2020 | Criminal Case Information Update, JLINK to Police Department |
| 02/13/2020 | Criminal Case Information Update, JLINK to Police Department |
| 02/13/2020 | Bench Warrant Issued |
| 02/14/2020 | Criminal Case Information Update, JLINK to Police Department |
| 03/18/2020 | Criminal Case Information Update, JLINK to Police Department |
| 03/18/2020 | Bench Warrant Cancelled |
| 03/18/2020 | 32F Violation Filed |
| 03/18/2020 | Referred to the Public Defender |
| 03/18/2020 | Remand Issued |
| 03/19/2020 | Notice of Court Date |
| 03/25/2020 | Criminal Case Information Update, JLINK to Police Department |

Printed on 10/19/2024 at 12:02 PM

6th Division District Court

## Case Summary

### Case No. 61-2019-08916

| | |
|---|---|
| 03/25/2020 | Remand Issued |
| 03/25/2020 | Writ of Habeas Corpus Issued |
| 04/01/2020 | Criminal Case Information Update, JLINK to Police Department |
| 04/01/2020 | Entry of Appearance |
| 08/14/2020 | Protection Order Removed/Terminated |
| 03/13/2024 | Notice of Appeal Filed |
| 08/26/2024 | Motion to Vacate Sentence |
| 08/28/2024 | Criminal Case Information Update, JLINK to Police Department |
| 09/05/2024 | Criminal Case Information Update, JLINK to Police Department |

---

## Hearings

---

08/13/2019   **Arraignment**  (9:00 AM)   (Judicial Officer: Isherwood, Stephen M.)
*Hearing Concluded*

10/15/2019   **Presented as a Violator**  (9:00 AM)   (Judicial Officer: Bucci, Elaine T.)
*Hearing Concluded*

10/16/2019   **Presented as a Violator**  (9:00 AM)   (Judicial Officer: Lafazia, Jeanne E.)
*Hearing Concluded*

10/29/2019   **Violation Hearing**  (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.)
*Admits to Violation*

02/13/2020   **Technical Violation**  (9:00 AM)   (Judicial Officer: Caruolo, James J.)
*Defendant Does not Appear*

03/18/2020   **Presented as a Violator**  (9:00 AM)   (Judicial Officer: Houlihan, J. Terence, Jr.)
*Hearing Concluded*

03/25/2020   **Status Conference**  (9:00 AM)   (Judicial Officer: Jabour, Christine S.)
*Hearing Concluded*

04/01/2020   **Violation Hearing**  (9:00 AM)   (Judicial Officer: Caruolo, James J.)
*Admits to Violation*

05/18/2020   *CANCELED* **Ability to Pay**  (8:30 AM)
*Defendant on a Payment Plan*

03/27/2024   **Hearing on Motion to Vacate Sentence**  (9:00 AM)
*Hearing Passed*

09/05/2024   **Hearing on Motion to Vacate Judgment**  (2:00 PM)
*Hearing Passed*

---

## Bond Settings

---

10/15/2019   **Bond Setting**
Held Without Bail

02/13/2020   **Bond Setting**
1. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense
Held Without Bail

03/18/2020   **Bond Setting**
Held Without Bail

---

## Financial Information

Printed on 10/19/2024 at 12:02 PM

**6th Division District Court**

## Case Summary

**Case No. 62-2019-09043**

| | | | |
|---|---|---|---|
| **State of Rhode Island v. NORMAN LANDRY** | § § | Location: | **6th Division District Court** |
| | | Filed on: | **08/10/2019** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| Jurisdiction: **Barrington Police Department** | | | | | Case Type: Felony |
| | | | | | Case Status: **09/09/2019** Closed |
| 1. Domestic Violence - Unlawful Breaking/Entering Dwelling House - 1st Offense | 11-8-2(a) and 12-29-5(a) (13) | F | 08/10/2019 | 08/10/2019 | |
|     Arrest Date: 08/10/2019 | | | | | |
| 2. Domestic Violence - Willful Trespass - 1st Offense | 11-44-26(c) and 12-29-5(a)(5) | M | 08/10/2019 | 08/10/2019 | |

### Related Cases
P2-2019-5123ADV (Related Case Number)

### Statistical Closures
09/09/2019   Non-Trial Disposition

---

### Party Information

| | |
|---|---|
| **Plaintiff** | **State of Rhode Island** |
| **Defendant** | **LANDRY, NORMAN J**             MCELROY, ANDREW JOSEPH <br> DOB: ~~09/15/00~~            *Retained* <br> SID: 9900116 |
| **Agency** | **BARRINGTON POLICE DEPARTMENT** |

---

### Dispositions

09/09/2019   **Disposition**
This disposition added by the AGCaseFiling interface
    1. Domestic Violence - Unlawful Breaking/Entering Dwelling House - 1st Offense
       Charge Information Signed
    1. Domestic Violence - Unlawful Breaking/Entering Dwelling House - 1st Offense
       Charge Information Signed

09/09/2019   **Disposition**
This disposition added by the AGCaseFiling interface
    2. Domestic Violence - Willful Trespass - 1st Offense
       Charge Information Signed
    2. Domestic Violence - Willful Trespass - 1st Offense
       Charge Information Signed

---

### Case Events

### 6th Division District Court

## Case Summary

### Case No. 62-2019-09043

| | |
|---|---|
| 08/10/2019 | Criminal Complaint Filed |
| 08/10/2019 | No Contact Order |
| 08/10/2019 | Rights Waiver Form |
| 08/10/2019 | Justice of the Peace Appearance Form |
| 08/10/2019 | Bond Posted |
| 08/13/2019 | Order Accepted into BCI |
| 08/13/2019 | Criminal Case Information Update, JLINK to Police Department |
| 09/17/2019 | Case Moved to Superior Court |
| 09/17/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/15/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/15/2019 | 46G Violation Filed |
| 10/15/2019 | Mittimus Issued |
| 10/16/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/16/2019 | 46G Violation Filed |
| 10/16/2019 | Referred to Pretrial Services |
| 10/16/2019 | Remand Issued |
| 10/24/2019 | Entry of Appearance |
| 10/29/2019 | Criminal Case Information Update, JLINK to Police Department |
| 10/29/2019 | Remand Issued |
| 11/19/2019 | Protection Order Removed/Terminated |
| 12/11/2019 | Remand Issued |

---

## Hearings

---

10/07/2019  *CANCELED* **Pre-Arraignment Conference**   (9:00 AM)
*Disposed Prior to Hearing*

10/15/2019  **Presented as a Violator**   (9:00 AM)   (Judicial Officer: Bucci, Elaine T.)
*Hearing Concluded*

10/16/2019  **Presented as a Violator**   (9:00 AM)   (Judicial Officer: Lafazia, Jeanne E.)
*Hearing Concluded*

10/29/2019  **Bail Violation Hearing**   (9:00 AM)   (Judicial Officer: McCaffrey, Mary E.)
*Violation Withdrawn*

---

## Bond Settings

---

10/15/2019  **Amended Bond Setting**
Held Without Bail
Conditions:
  - Domestic No Contact Order
  - Pretrial Services to Monitor

10/29/2019  **Bond Setting**
Surety $5,000.00 (@10%  $500.00) Any
Conditions:
  - Domestic No Contact Order
  - Pretrial Services to Monitor

Printed on 10/19/2024 at 11:46 AM

6th Division District Court

## Case Summary

### Case No. 61-2019-08916

**Defendant**    LANDRY, NORMAN J
Total Financial Assessment                                                                221.75
Total Payments and Credits                                                                221.75
**Balance Due as of 10/19/2024**                                                          **0.00**

| Date | Transaction | | Amount |
|------|------|------|------|
| 08/14/2019 | Transaction Assessment | | 221.75 |
| 10/28/2020 | Counter Payment | Receipt # DC6D-2020-014663 | (30.00) |
| 09/13/2023 | Adjustment | | (191.75) |

PAGE 4 OF 4                                          Printed on 10/19/2024 at 12:02 PM